IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, BOBBIE STUBBLEFIELD, NICHOLAS MILLER, MATTHEW BOATRIGHT, AARON CLAYBON, TERRENCE McDONALD, MARY WRIGHT, ANGEL TABORN, BRITTANY COLLINS, CEDRIC McDONALD, ROB A. HOWE, TORRENCE SUMMERS, PATRICIA PATTON, JULIUS TURNER, JOAQUIN M. DIAZ, LATANYA COMPTON, JASON E. HINCHLIFFE, NICOLAS GUZMAN, JOSE L. GARCIA, RUBY BRIDGES and GREGORY JOHNSON on behalf of themselves and other similarly situated persons, <br><br> v. <br><br> EMPLOYBRIDGE OF DALLAS, INC., STAFFING SOLUTIONS SOUTHEAST, INC. d/b/a PROLOGISTIX and d/b/a PRODRIVERS | Case No. 11 C 3818 <br><br> Judge Rebecca R. Pallmeyer |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' STIPULATION OF SETTLEMENT OF CLASS ACTION AND SUPPORTING MEMORANDUM IN EXCESS OF 15 PAGES**

Plaintiffs Christopher Craig, Bobbie Stubblefield, Nicholas Miller, Matthew Boatright, Aaron Claybon, Terrence McDonald, Mary Wright, Angel Taborn, Brittany Collins, Cedric McDonald, Rob A. Howe, Torrence Summers, Patricia Patton, Julius Turner, Joaquin M. Diaz, Latanya Compton, Jason E. Hinchliffe, Nicolas Guzman, Jose L. Garcia, Ruby Bridges, and Gregory Johnson ("Plaintiffs") move this Court for leave to file their Motion for preliminary Approval of the Parties' Stipulation of Settlement and supporting Memorandum of Law, 19 pages in total, which exceeds the 15 page limit set by Local Rule 7.1. In support of this Joint Motion, the Parties state as follows:

1

1. Plaintiffs filed a ten count Complaint alleging overtime, minimum wages violations arising under the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.* ("IWPCA") and violations arising under the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/1 *et seq.* ("IDTLSA") brought as class actions pursuant to Fed. R. Civ. P. Rule 23(a) and (b).

2. Due to the number of class claims and the complexity of the issues, Plaintiffs now seek leave of this Court to file their Joint Motion for Preliminary Approval of the Parties' Parties' Class Action Settlement and supporting Memorandum of Law, 19 pages in which exceeds the 15 page limit set by Local Rule 7.1.

WHEREFORE, Plaintiffs respectfully request leave of this honorable Court to file their Motion for Preliminary Approval of the Parties' Stipulation of Settlement and supporting Memorandum of Law, totaling 19 pages, and for such other relief as this Court deems just.

Respectfully submitted,

Dated: November 19, 2012

s/Christopher J. Williams
CHRISTOPHER J. WILLIAMS
ALVAR AYALA
Workers' Law Office, P.C.
401 S. LaSalle, Suite 1400
Chicago, IL 60604
(312) 795-9121
*Attorneys for Plaintiffs*

2