IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, BOBBIE STUBBLEFIELD, NICHOLAS MILLER, MATTHEW BOATRIGHT, AARON CLAYBON, TERRENCE McDONALD, MARY WRIGHT, ANGEL TABORN, BRITTANY COLLINS, CEDRIC McDONALD, ROB A. HOWE, TORRENCE SUMMERS, PATRICIA PATTON, JULIUS TURNER, JOAQUIN M. DIAZ, LATANYA COMPTON, JASON E. HINCHLIFFE, NICOLAS GUZMAN, JOSE L. GARCIA, RUBY BRIDGES and GREGORY JOHNSON on behalf of themselves and other similarly situated persons, <br><br> v. <br><br> EMPLOYBRIDGE OF DALLAS, INC., STAFFING SOLUTIONS SOUTHEAST, INC. d/b/a PROLOGISTIX and d/b/a PRODRIVERS | Case No. 11 C 3818 <br><br> Judge Rebecca R. Pallmeyer |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' PROPOSED CLASS ACTION SETTLEMENT**

Plaintiffs, through their Counsel, move this Court to grant preliminary approval of the class action settlement reached between Plaintiffs and Defendants Employbridge of Dallas, Staffing Solutions Southeast d/b/a Prologistix, and d/b/a Prodrivers in this matter. In support of this motion, Plaintiffs submit the attached Memorandum of Law, and asks that the Court grant preliminary approval to the proposed Settlement; appoint Plaintiffs' attorneys as Class Counsel; provisionally certify the proposed Settlement Classes; enter the Order attached as Exhibit 2 to Plaintiffs' Memorandum of Law; and schedule a fairness hearing on final Settlement approval.

1

Respectfully submitted,

Dated: November 19, 2012

s/Christopher J. Williams
CHRISTOPHER J. WILLIAMS
ALVAR AYALA
Workers' Law Office, P.C.
401 S. LaSalle, Suite 1400
Chicago, IL 60604
(312) 795-9121
*Attorneys for Plaintiffs*