IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, BOBBIE STUBBLEFIELD, NICHOLAS MILLER, MATTHEW BOATRIGHT, AARON CLAYBON, TERRENCE McDONALD, MARY WRIGHT, ANGEL TABORN, BRITTANY COLLINS, CEDRIC McDONALD, ROB A. HOWE, TORRENCE SUMMERS, PATRICIA PATTON, JULIUS TURNER, JOAQUIN M. DIAZ, LATANYA COMPTON, JASON E. HINCHLIFFE, NICOLAS GUZMAN, JOSE L. GARCIA, RUBY BRIDGES and GREGORY JOHNSON on behalf of themselves and other similarly situated persons,<br><br>v.<br><br>EMPLOYBRIDGE OF DALLAS, INC., STAFFING SOLUTIONS SOUTHEAST, INC. d/b/a PROLOGISTIX and d/b/a PRODRIVERS | Case No. 11 C 3818<br><br>Judge Rebecca R. Pallmeyer |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF THE PARTIES' STIPULATION OF SETTLEMENT**

Now come Plaintiffs Christopher Craig, Bobbie Stubblefield, Nicholas Miller, Matthew Boatright, Aaron Claybon, Terrence McDonald, Mary Wright, Angel Taborn, Brittany Collins, Cedric McDonald, Rob A. Howe, Torrence Summers, Patricia Patton, Julius Turner, Joaquin M. Diaz, Latanya Compton, Jason E. Hinchliffe, Nicolas Guzman, Jose L. Garcia, Ruby Bridges and Gregory Johnson (collectively "Plaintiffs") on behalf of themselves and all others similarly situated, and move this Court for Final Approval of the Parties' Settlement. In support of their Unopposed Motion for Final Approval, Plaintiffs state as follows:

1.  On November 26, 2012, this Court granted Preliminary Approval to the Parties' Four Hundred and Fifty Thousand and 00/100 Dollars ($450,000.00) settlement of Plaintiffs'

claims on behalf of themselves and a class of other similarly situated employees of Defendants Employbridge of Dallas, Inc. ("Employbridge") and Staffing Solutions Southeast, Inc. (hereafter "Staffing Solutions") arising under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.* ("IWPCA") and the Illinois Day and Temporary Labor Services Act, 820 ILCS 175/1 *et seq.* ("IDTLSA") for alleged unpaid pre-shift waiting time, including unpaid minimum wages and overtime wages resulting from alleged non-payment of pre-shifting waiting time, for alleged unpaid four hour minimum pay and Employment notices required by the IDTLSA and to resolve the Named Plaintiffs' individual claims of retaliation and discrimination.

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc*., 463 F.3d 646, 652 (7th Cir. 2005). In determining whether a settlement is fair, adequate, and reasonable, courts in the Seventh Circuit consider a variety of factors including:

    a. the strength of plaintiffs' case, weighed against the settlement offer;

    b. the complexity, length, and expense of further litigation;

    c. the presence of collusion between the parties;

    d. the opinion of competent counsel;

    e. the reaction of class members to the proposal; and

    f. the stage of proceedings and discovery completed.

*In re Mexico Money Transfer Litig*., 164 F. Supp. 2d 1002, 1014 (N.D. Ill. 2000) (citing *Donovan v. Estate of Fitzsimmons*, 778 F.2d 298, 308 (7th Cir. 1985)). As explained in detail in Plaintiffs' supporting memorandum of law, the Parties' Stipulation of Settlement here meets these factors and should be approved.

WHEREFORE, Plaintiffs respectfully request that the Court enter a Final Order approving the Parties' Stipulation of Settlement.

                                              Respectfully Submitted,

Dated: April 1, 2013

                                              <u>s/Christopher J Williams</u>
Christopher J. Williams
Alvar Ayala
Workers' Law Office, PC
401 S. La Salle, Suite 1400
Chicago, Illinois 60605
(312) 795-9121

Attorneys for Plaintiff**s**