IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER CRAIG, BOBBIE STUBBLEFIELD, NICHOLAS MILLER, MATTHEW BOATRIGHT, AARON CLAYBON, TERRENCE McDONALD, MARY WRIGHT, ANGEL TABORN, BRITTANY COLLINS, CEDRIC McDONALD, ROB A. HOWE, TORRENCE SUMMERS, PATRICIA PATTON, JULIUS TURNER, JOAQUIN M. DIAZ, LATANYA COMPTON, JASON E. HINCHLIFFE, NICOLAS GUZMAN, JOSE L. GARCIA, RUBY BRIDGES and GREGORY JOHNSON on behalf of themselves and other similarly situated persons,<br><br>                Plaintiffs,<br><br>   v.<br><br>EMPLOYBRIDGE OF DALLAS, INC., STAFFING SOLUTIONS SOUTHEAST, INC. d/b/a PROLOGISTIX and d/b/a PRODRIVERS<br><br>                Defendants. | Case No. 11 C 3818<br><br>Judge Rebecca R. Pallmeyer |

## NOTICE OF MOTION

TO: Attorneys of Record

      PLEASE TAKE NOTICE that on April 4, 2012, at 11:00 a.m., we shall appear before the Honorable Rebecca R. Pallmeyer, in the Courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Unopposed Motion for Final Approval of the Parties' Class Action Stipulation of Settlement.**

                                                                                         Respectfully submitted,

Dated: April 1, 2013

                                                                   s/Christopher J. Williams
                                                                   Christopher J. Williams
                                                                   Workers' Law Office, PC
                                                                   401 S. LaSalle Street, Suite 1400
                                                                   Chicago, IL 60605
                                                                   (312) 795-9121